# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY

MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF+
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III+
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*+
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
M. TREVOR LYONS*
MICHAEL A. SHADIACK
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

COUNSEL
JOHN W. BISSELL
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
THOMAS M. SCUDERI*

CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
DANIELA R. D'AMICO*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
AARON M. BENDER+
ANTHONY J. CORINO*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
OWEN C. MCCARTHY*
NANCY A. SKIDMORE*
GREGORY E. PETERSON*
ALEXIS LAZZARA

WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
RUKHSANAH L. LIGHARI*
NICOLE B. DORY*
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
ANDREW B. BUCKMAN
MICHAEL BOJBASA-
E. KEVIN VOLZ+
BETH A. FERLICCHI
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI
MONICA SETH*
MELISSA D. LOPEZ
JASON D. FALK
JOANNA S. RICH
NEIL V. SHAH
STEPHEN R. TURANO*

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

August 17, 2010

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Esther Salas, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: **Nourison Industries, Inc. v. Virtual Studios, Inc.**
     **Civil Action No. 2:09-5746 (PGS/ES)**

Dear Judge Salas:

  This firm, together with Leason Ellis LLP, represents Plaintiff/Counterclaim Defendant Nourison Industries, Inc. ("Nourison") in connection with the above-referenced matter. We write to respectfully request that, due to party and attorney availability, the Court reschedule the settlement conference, currently scheduled for September 27, 2010 at 3 pm. (Docket Entry No. 32). Specifically, Nourison's personal counsel will be out of the country on September 27, 2010.

  As an alternative, we have consulted with Defendant/Counterclaim Plaintiff's attorney and the parties and attorneys are all available on the afternoon of September 14, 2010 and anytime after October 7, 2010. We would greatly appreciate it if the Court could accommodate this request and reschedule the hearing accordingly.

  Please do not hesitate to contact us should Your Honor or Your Honor's staff have any questions. We appreciate Your Honor's attention to this matter.

              Respectfully submitted,

              *s/Marc D. Haefner*

              Marc D. Haefner

Honorable Esther Salas, U.S.M.J.
August 17, 2010
Page 2


MDH/rll
cc:     All Counsel of Record (via ECF and email)