# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY

MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF+
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III+
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*+
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
M. TREVOR LYONS*
MICHAEL A. SHADIACK
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

COUNSEL
JOHN W. BISSELL
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
THOMAS M. SCUDERI*

CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
DANIELA R. D'AMICO*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
AARON M. BENDER+
ANTHONY J. CORINO*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
OWEN C. MCCARTHY*
NANCY A. SKIDMORE*
GREGORY E. PETERSON*
ALEXIS LAZZARA

WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
RUKHSANAH L. LIGHARI*
NICOLE B. DORY*
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
ANDREW B. BUCKMAN
MICHAEL BOJBASA-
E. KEVIN VOLZ+
BETH A. FERLICCHI
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI
MONICA SETH*
MELISSA D. LOPEZ
JASON D. FALK
JOANNA S. RICH
NEIL V. SHAH
STEPHEN R. TURANO*

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

Writer's Email Address: mhaefner@connellfoley.com

September 28, 2010

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Esther Salas, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: **Nourison Industries, Inc. v. Virtual Studios, Inc.**
     **Civil Action No. 2:09-5746 (PGS/ES)**

Dear Judge Salas:

  This firm, together with Leason Ellis LLP, represents Plaintiff/Counterclaim Defendant Nourison Industries, Inc. ("Nourison") in connection with the above-referenced matter. We write in advance of the October 15, 2010 settlement conference and to request a brief postponement of the discovery deadlines imposed by the March 11, 2010 Pretrial Scheduling Order.

  Pursuant to the March 11, 2010 Order, the close of fact discovery is scheduled for September 30, 2010, and all discovery must be completed December 31, 2010. The parties, nevertheless, are scheduled to appear before Your Honor for a settlement conference scheduled for October 15, 2010. Further, the parties are currently discussing settlement in advance of that conference. In light of the upcoming settlement conference and the settlement discussions, and hopeful that a resolution may be reached, the parties have exchanged document discovery only.

  Although we are hopeful that progress may be made at or before the upcoming settlement conference, in the event that the parties cannot resolve all of their issues, we respectfully request that the Court postpone the discovery deadlines set forth in the March 22, 2010 Order pending the settlement conference on October 15, 2010. Such a brief extension would permit the parties to complete any additional discovery necessary, including any depositions, in the event that the matter cannot be resolved.

2408138-01

Honorable Esther Salas, U.S.M.J.
September 28, 2010
Page 2

      Please do not hesitate to contact us should Your Honor or Your Honor's staff have any questions. Of course, we will keep Your Honor apprised of any resolutions between the parties. As always, we appreciate Your Honor's attention to this matter, and we look forward to meeting with Your Honor on October 15, 2010.

      Respectfully submitted,

      *s/Marc D. Haefner*

      Marc D. Haefner

cc:    All Counsel of Record (via ECF)