UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOURISON INDUSTRIES, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> VIRTUAL STUDIOS, INC., <br><br> Defendant/Counterclaim-Plaintiff. | Case No.: 2:09-CV-05746-PGS-ES <br><br> ECF Case |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the attorneys for the Plaintiff Nourison Industries Inc. and the attorneys for Defendant Virtual Studios, Inc. that any and all claims asserted in this action shall be dismissed with prejudice, with each party bearing its own costs associated with this action.

SO ORDERED this _8_ day of _December_

_____
Honorable Peter G. Sheridan

IT IS SO STIPULATED:

_____
Frank E. Catalina, Esq.
MARGULIES WIND, P.A.
Plaza 10, 3 Second Street, Suite 1201
Jersey City, New Jersey 07311-3988
Phone: (201) 333-0400
Fax: 201-333-1110
Email: fec@MWHLawfirm.com

**Attorneys for Virtual Studios, Inc.**

_____
Marc D. Haefner
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Phone: (973) 535-0500
Fax: (973) 535-9217
Email: mhaefner@connellfoley.com

**Attorneys for Nourison Industries, Inc.**